# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       **v.**                       **Case: 3:02M00068TPS**

Ms. Vanessa M. Jackson
29 Houston Avenue
Groton, CT   06340

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above titled matter be dismissed.

_____
William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:

The Honorable Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated: **5/31/05**